Isaac B. Miller, Respondent, *v.* Nathaniel Downing,
Appellant.

(Argued January 26, 1873; decided March term, 1873.)

This was an action of ejectment to recover possession of a
piece of land in East Hampton, Suffolk county. Defendant
had been in possession several years; prior to that it had been a
common. Defendant claimed under a deed from John Merry
to defendant's ancestor, given in 1737. Plaintiff claimed
under a deed from Gardiner Miller, given 1833. There was
no evidence that said grantor ever had possession. Plaintiff's
claim of possession rested upon the fact that he was accus-
tomed to have a wood pile on the vacant lot for some thirty
years, and had buried potatoes upon it for six years. No evi-
dence was given of a claim of title by him until this suit was
brought. *Held,* that plaintiff failed to make out a title, and
had acquired none by adverse possession, and was not entitled
to recover.

*George Miller* for the appellant.

*J. Lawrence Smith* for the respondent.

Reynolds, C., reads for reversal.
All concur; Lott, Ch. C., not sitting.
Judgment reversed.